IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DUANE EARL FANNING, III (AIS # 263799)  Plaintiff, | ) ) ) ) ) ) |
| vs. | ) ) CIVIL ACTION NO. 13-0540-CG-C |
| COI ERIC MCCASKIL,  Defendant. | ) ) ) ) ) |

## JUDGMENT

Accordingly, it is **ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff Fanning's Motion to Proceed Without Prepayment of Fees (Doc. 2) is **DENIED**, that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that action is counted as a strike for purposes of future IFP eligibility under § 1915(g), in that it is malicious.

**DONE and ORDERED** this 10th day of March, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE